McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
  *pamela.mcgaha@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
  *mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant Liberty Mutual Auto and
Home Services, LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KURT WILLIAMS, individually, | Case No. 2:26-cv-01604-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| LIBERTY MUTUAL AUTO AND HOME SERVICES LLC, a Foreign Limited-Liability Company d/b/a SAFECO INSURANCE COMPANY OF ILLINIOIS; DOES 1 through 20, inclusive, ROE BUSINESS ENTITITES 1 through 20, inclusive, | **FIRST REQUEST** |
| Defendants. | |

DEFENDANT LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC. ("Liberty Mutual") and PLAINTIFF KURT WILLAIMS ("Plaintiff," and collectively with Defendant, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree that the

/ / /

/ / /

/ / /

/ / /

deadline to respond to Plaintiff's Complaint be extended from to Wednesday, June 3, 2026 to Friday, June 5, 2026.

DATED this 3rd day of June 2026.

CLARK LAW GROUP, PLLC

By:    */s/Palvin S. Jhita, Esq.*
     C. Jared Clark, Esq.
     Nevada Bar No.: 13672
     Evan K. Simonsen, Esq.
     Nevada Bar No. 13762
     Palvin S. Jhita, Esq.
     Nevada Bar No. 16716
     2320 Potosi Street
     Las Vegas, Nevada 89146
     Telephone: (702) 330-3272
     Attorneys for Plaintiff

DATED this 3rd day of June 2026.

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    */s/Jonathan W. Carlson*
     Jonathan W. Carlson
     Nevada Bar No. 10536
     Pamela L. McGaha
     Nevada Bar No. 8181
     Mandy Vogel
     Nevada Bar No. 16150
     7160 Rafael Rivera Way, Suite 320
     Las Vegas, Nevada 89113
     Telephone: (702) 949-1100
     Attorneys for Defendant

## ORDER

Based on the foregoing Stipulation of the parties:

IT IS HEREBY ORDERED that the deadline to respond to Plaintiff's Complaint is extended from to Wednesday, June 3, 2026 to Friday, June 5, 2026.

**IT IS SO ORDERED.**

DATED this _4_ day of June 2026.

_____
DISTRICT COURT JUDGE

Submitted by:

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:    */s/Jonathan W. Carlson*
Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Mandy Vogel, Nevada Bar No. 16150
Attorneys for Defendant

16291930.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

2                    Case No. 2:26-cv-01604-GMN-EJY
STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT