**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**PALVIN S. JHITA, ESQ.**
Nevada Bar No. 16716
**CLARK LAW GROUP, PLLC**
2320 Potosi Street
Las Vegas, Nevada 89146
Phone: (702) 330-3272
Fax: (702) 447-5323
jared@cjclarklawgroup.com
palvin@cjclarklawgroup.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KURT WILLIAMS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL AUTO AND HOME SERVICES LLC, a Foreign Limited-Liability Company d/b/a SAFECO INSURANCE COMPANY OF ILLINOIS; DOES 1 through 20, inclusive, ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-01604-GMN-EJY<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff, KURT WILLIAMS, by and through his counsel of record, C. JARED CLARK, ESQ. and PALVIN S. JHITA, ESQ. of the law firm CLARK LAW GROUP, PLLC, and Defendant LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC d/b/a SAFECO INSURANCE COMPANY OF ILLINOIS, by and through its counsel of record, JONATHAN W. CARLSON, ESQ., PAMELA McGAHA, ESQ., and MANDY VOGEL, ESQ., of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, respectfully submit the proposed stipulated Discovery Plan and Scheduling Order Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. Deadlines that fall on Saturdays, Sundays or legal holidays have been adjusted

to the next day that is not a Saturday, Sunday or legal holiday per Federal Rule of Civil Procedure 6(a)(1)(C).

**1. Fed. R. Civ. P. 26(f) Conference:**

The parties met on July 8, 2026, to discuss matters in compliance with LR 26-1 (b)(7)- (9). Based upon counsels' review of the evidence in this case, the parties now propose the following discovery plan:

**2. Discovery Cut-Off Date:**

Plaintiffs filed their Complaint in the Eighth Judicial District Court on April 30, 2026. This matter was removed to Federal Court on May 27, 2026. Defendant filed its Motion to Dismiss Plaintiff's complaint on June 5, 2026. In accordance with LR 26-1(b)(1), the discovery cutoff date will be 180 days from the date the first Defendant appeared. 180 days from June 5, 2026, is Wednesday, December 2, 2026.

**3. Amending the Pleadings and Adding Parties:**

The parties request that all motions to amend the pleadings or to add parties be filed no later than Thursday, September 3, 2026, which is 90 days prior to the proposed close of discovery.

**4. Fed. R. Civ. P. 26(a)(2) Disclosures of Experts:**

The parties request the disclosure of experts be made on or before Monday October 3, 2026, which is 60 days before the proposed close of discovery. Disclosure of rebuttal experts shall be made on or before Monday November 2, 2026, which is 30 days after the initial disclosure of experts.

**5. Dispositive Motions:**

The date for filing dispositive motions shall not be later than Friday, January 4, 2027, which is 31 days after the proposed close of discovery. In the event the discovery period is extended from the discovery cutoff date set forth in this proposed Joint Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cutoff date.

///

**6. Pretrial Order:**

The date for filing the joint pretrial order shall not be later than Monday, February 2, 2027, which is 31 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

**7. Fed. R. Civ. P. 26(a)(3) Disclosures:**

The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

**8. Alternative Dispute Resolution:**

The parties met and conferred at the Rule 26 conference regarding the possibility of using alternative dispute resolution processes, namely arbitration and mediation.

**9. Alternative Forms of Case Disposition:**

The parties met and conferred regarding the use of a magistrate judge for all purposes or to submit to the Short Trial Program.

**10. Electronic Evidence:**

The parties met and conferred regarding the use of electronic evidence and presenting the same to the jury. They will present evidence to the jury in a format that will be compatible with the Court's jury evidence display system, with each party responsible for preparing their respective exhibits to comply.

**FRCP 26(f)(3) VIEWS AND PROPOSALS**

**A. Initial Disclosures:**

Plaintiff will serve their initial disclosures no later than July 22, 2026.

Defendant will serve their initial disclosure no later than July 22, 2026.

**B. Subjects on Which Discovery May be Needed:**

Discovery should include but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

**C. Whether Discovery Should Be Conducted in Phases or Be Limited to or Focused on Particular Issues:**

Plaintiffs and Defendants agree that discovery need not be conducted in phases.

**D. Issues Regarding Disclosure of Electronically Stored Information, Including the Form or Forms in Which it Should be Produced:**

Plaintiff and Defendant agree that no issues exist regarding the disclosure or discovery of electronically stored information currently.

**E. Issues Regarding Claims of Privilege or Protection of Pre-Trial Materials:**

Some information and/or documents in Defendant's possession are protected under confidentiality and/or privilege. Plaintiff and Defendant agree to act in a manner that protects information entitled to be kept confidential and to ensure that protection is limited to material entitled to any such protections. The parties will work together, where possible, to establish an appropriate scope of discovery as it relates to privileged communications in Defendant's files. To the extent Defendant needs to seek protective orders prior to producing any confidential, trade secret or otherwise privileged information or documents, and in the interest of preserving its claims of privilege and confidentiality, Defendant will circulate a proposed stipulated protective order for Plaintiff's review prior to submitting the same to the Court for review and approval.

**F. Changes That Should Be Made in the Limitations on Discovery Imposed Under These Rules or By Local Rule:**

LR 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than Wednesday, September 2, 2026, which is 21 before the discovery cut-off date.

**G. Service by Email:**

Pursuant to Rule 5(b)(2)· of the Federal Rules of Civil Procedure, the parties agree to service via email of all documents not required to be filed in the case. Plaintiff ASHLEY AVAKIAN requests that all documents be served on palvin@cjclarklawgroup.com; jared@cjclarklawgroup.com; zaira@cjclarklawgroup.com and aaniya@cjclarklawgroup.com. Defendant requests that all documents be served on mandy.vogel@mccormickbarstow.com; Jonathan.carlson@mccormickbarstow.com;pamela.McGaha@mccormickbarstow.com; Cheryl.scheider@mccormickbarstow.com; maria.walters@mccormickbarstow.com.

**H. Orders That the Court Should Issue Under Rule 26(c) or Rule 16(b) and (c):**

None at this time, though the parties may stipulate to such an order in the future to preserve trade secret materials held by Plaintiff.

DATED this 18th day of July, 2026.

**CLARK LAW GROUP, PLLC**

*/s/ Palvin S. Jhita*

**C. JARED CLARK, ESQ.**
Nevada Bar No. 13672
**PALVIN S. JHITA, ESQ.**
Nevada Bar No. 16716
2320 Potosi Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED this 18th day of July, 2026.

**McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**

*/s/ Mandy Vogel*

**JONATHAN W. CARLSON, ESQ.**
Nevada Bar No. 10536
**MANDY VOGEL, ESQ.**
Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
*Attorneys for Defendant*

IT IS SO ORDERED this 19th day of July, 2026; provided, however, that the parties are advised they must comply with LR IA 6-2 in the future. Failure to do so will result in denial of submissions to the Court.

Elayna J. Youchah

UNITED STATES MAGISTRATE JUDGE